IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EDWARD WESLEY OWENS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 11-0655-CG-C |
| | ) |
| GEORGIA-PACIFIC, LLC, et al., | ) |
| | ) |
| Defendant. | ) |

**FINAL JUDGMENT**

In accordance with the order on summary judgment (Doc. 93), it is

**ORDERED, ADJUDGED** and **DECREED** that judgment is entered in favor of defendants, Georgia-Pacific, LLC, Metso Paper USA, Inc., and Georgia-Pacific Brewton, LLC, and against plaintiff, Edward Wesley Owens.  Accordingly, all of plaintiff's claims against defendants Georgia-Pacific, LLC and Metso Paper USA, Inc., and plaintiff's wantonness claim and demand for punitive damages against Georgia-Pacific Brewton, LLC are hereby **DISMISSED with prejudice.**[1]

**DONE and ORDERED** this 14th day of May, 2013.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff and Georgia-Pacific Brewton, LLC resolved plaintiff's remaining claims via settlement (Doc. 118).